**Dismiss and Opinion Filed July 15, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00654-CV**

**INWENCO USA, INC., Appellant**
**V.**
**WENZHOLD L.P., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15624-H**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Moseley

Appellant has filed a motion to dismiss its appeal. In the motion, appellant states the parties have settled their dispute and appellant no longer wishes to appeal the trial court's judgment. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Jim Moseley/
JIM MOSELEY
JUSTICE

130654F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

INWENCO USA, INC., Appellant

No. 05-13-00654-CV      V.

WENZHOLD L.P., Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-11-15624-H.
Opinion delivered by Justice Moseley, Justices Bridges and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of the appeal.

Judgment entered this 15th day of July, 2013.

/Jim Moseley/

JIM MOSELEY
JUSTICE